UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE YOUNG, *on behalf of himself and all other persons similarly situated*,<br>　　　　　　　　　Plaintiff,<br><br>　　　　-v-<br><br>J. SCHLIFF & SONS, INC.,<br>　　　　　　　　　Defendant. | 21-CV-9143 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

　　The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and with prejudice, subject to restoration of the action to the Court's calendar, provided the application to restore the action is made within forty-five days.

　　All filing deadlines and conference dates are adjourned *sine die*.

　　SO ORDERED.

Dated: January 12, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge